# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
IMGC Global (PVT) Ltd. ) ASBCA No. 59129
)
Under Contract No. F38604-11-C-P500 )

APPEARANCE FOR THE APPELLANT:  Mr. Sheikh Aizaz Rasheed
                               Director

APPEARANCES FOR THE GOVERNMENT:  Lt Col Matthew J. Mulbarger, USAF
                                  Air Force Chief Trial Attorney
                                 Capt Amy Siak, USAF
                                  Trial Attorney
                                 Marvin Gibbs, Esq.
                                  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 September 2015

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59129, Appeal of IMGC Global (PVT) LTD., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals